# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| DANIELLE MALANEY, | : No. 326 EAL 2014 |
| Petitioner | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| JOHN MISSANELLI, D.O., BRISTOL OBSTETRICS & GYNECOLOGY, FRANKFORD HOSPITAL - TORRESDALE DIVISION TAMARA BAVENDAM, M.D., AND LLOYD ANDERSON, M.D., | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of January, 2015, the Petition for Allowance of Appeal is **DENIED**.